## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Criminal Case No. CCB-17-0226 |
| ERIC WAYNE GRINDER, | * | |
| Defendant. | * | |

\*\*\*

## **ORDER**

Correspondence was received from defendant Eric Wayne Grinder requesting appointment of counsel for the purpose of filing a motion pursuant to 28 U.S.C. §2255. ECF 159, 160. The correspondence has been construed as a motion for appointment of counsel. There are no pending matters before the court, other than defendant's motion to appoint counsel.

Under Rule 8(c) of the Federal Rules Governing §2255 proceedings, "[i]f an evidentiary hearing is warranted, the judge must appoint an attorney to represent a moving party who qualifies to have counsel appointed under 18 U.S.C. §3006A." As defendant has not yet filed a § 2255 motion, his motion for appointment of counsel is denied, as premature. Should defendant file a motion pursuant to § 2255 he may then also file a motion to appoint counsel which the court will consider.

To assist the defendant in filing a § 2255 motion, the Clerk will be directed to send defendant the court's instructions and forms for filing a § 2255 motion.

Accordingly, it is this __16th__ day of July, 2020, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Defendant's Motion for Appointment of Counsel, ECF 159, 160, IS DENIED without prejudice; and

2. The Clerk IS DIRECTED to MAIL a set of instructions and forms used to file a §2255 motion to defendant, together with a copy of this Order.

/S/
Catherine C. Blake
United States District Judge