FILED ___ ENTERED
LOGGED ___ RECEIVED

APR 1 9 REC'D

United States
of
America

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Criminal case #
CCB - 17 - 226

v.

Eric Wayne Grinder

Request to be released on personal recognizance pursuant
to Appellate Procedure Rule 23 (b),(c).

    Rule 23 (b)(3) of the federal rules of Appellate Procedure
allows this court to "order that the prisoner be released on
personal recognizance, with or without surety" while there is a
pending 28 U.S.C. § 2255. The Fourth Circuit has ruled that
"before a prisoner may be released on bail pending a collateral
attack on his conviction, he must show substancial constitutional
claims on which he has a high probability of success, and
exceptional circumstances." United States v. Eliely, 276 Fed Appx
270 (4ᵗʰ Cir 2008). As stated in the pending § 2255 (civil case #
CCB-20-3343) the defendent suffered multiple constitutional
violations, the worst being denied a fair trial due to ineffective

counsel. There is a high probability of success in the pending §2255 motion where the defendent was denied "a fair trial in a fair tribunal." Re Murchison, 349 U.S. 133 at 136 (1955). With the substancial constitutional claim settled next would be the exceptional circumstances. FCI Petersburg is currently on "modified operations" due to COVID 19. With the charges in this case holding a high probability of being vacated it is unreasonable to hold the defendent in a facility that is continually plagued by the virus. The modified operations also prohibit the defendent from seeing family and talking to them regularly. Prior to this crime the defendent had never been convicted of a crime, was a functioning member of society, and while incarcerated has taken classes to become a better person, he also has not had contact with his victim or her family. He currently has a place to go (with his mother) where he could prosper as a member of society.

Respectfully submitted,

Eric Grinder  63058-037
Federal Correctional Complex
P.O. Box 1000
Petersburg, VA 23804

Eric Grinder 63058-037
Federal Correctional Complex
PO Box 1000
Petersburg, VA 23804

RICHMOND VA 230

14 APR 2021 PM 5 L

FOREVER USA

Clerk
United States District Court
101 West Lombard Street
Baltimore, MD 21201

COURT SECURITY OFFICER

APR _ 2021

MARYLAND

CR6
47

21201-262915

